PEOPLE v. SCHULE. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Proceeding by the People of the State of New York against Alfred Schule. No opinion. Motion granted; time extended to August 1st. Settle order on notice.

PEOPLE, Respondent, v. SHULSE, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Frank Shulse. No opinion. Motion to dismiss appeal granted.